IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TOMMY R. VAUGHN                                                                    PLAINTIFF

VS.                           Civil No. 2:18-cv-02001-MEF

NANCY A. BERRYHILL, Commissioner,
Social Security Administration                                                     DEFENDANT

## JUDGMENT

For the reasons stated in the Memorandum Opinion of this date, the Court hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty (60) days from entry of the Judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 28th day of February 2019.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE